ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY -4 PM 3: 31

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

LISTER W. HARRELL; PARADISE
FARMS, INC.; and SARALAND, LLLP,

    Plaintiffs,

vs.

BRETT COLEMAN; SID CARTER; SARA
HARRELL; DONALD HELMS; LYNN
SHEFFIELD; and NIKKI HARRELL
MULLIS,

    Defendants.

----

**LISTER HARRELL, Appellant.**

CV 315-020

(Adversary Number in
Bankruptcy Court: 14-03008)
(Underlying Case No. 12-30112)

O R D E R

On January 5, 2015, Mr. Lister Harrell filed a notice of appeal, but he did not pay the appellate filing fee. On April 7, 2015, this Court directed Mr. Harrell to pay the filing fee within ten (10) days or face dismissal of the case. Rather than pay the filing fee, Mr. Harrell filed a motion to proceed in forma pauperis. Upon further review, the order from which Mr. Harrell appeals is not a final judgment, order, or decree as described in 28 U.S.C. § 158(a)(1). Thus, the Court does not have jurisdiction over this appeal. Accordingly, the motion to proceed in forma

pauperis is **DENIED**, and the case is **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this _4th_ day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE